CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br><br>**Adolfo Isabel Perez-Hernandez**<br>DOB: 1974; Citizen of Mexico | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br><br>24-11978MJ |

Complaint for violation of Title 18, United States Code §§ 922(g)(5)(A) and 924(a)(8)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about October 24, 2024, in the District of Arizona, **Adolfo Isabel Perez-Hernandez**, knowing he was an alien illegally or unlawfully in the United States, did knowingly possess firearms, in and affecting interstate and foreign commerce, to wit: one (1) SCCY, model CPX-2, 9mm pistol, and one (1) Blued Star Interarms, 9mm pistol; in violation of Title 18, United States Code §§ 922(g)(5)(A) and 924(a)(8).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On or about October 24, 2024, Tucson Police Department (TPD) officers contacted **Adolfo Isabel Perez-Hernandez** related to an Aggravated Assault event. Officers obtained a search warrant for the defendant's vehicle, and recovered one (1) SCCY, model CPX-2, 9mm pistol, and one (1) Blued Star Interarms, 9mm pistol. Officers also recovered loaded magazines and holsters for the firearms, and the pistols were loaded with the magazines, and were in their respective holsters. Notably, the SCCY pistol had a removed serial number. Also of note, the Blued Star Interarms pistol was reported stolen. After waiving his *Miranda* rights, **Perez-Hernandez** stated he regularly buys guns in the street for cheap and resales them. According to him he never keeps the firearms as he tries to flip them really quick to make some money. **Perez-Hernandez** stated he bought the defaced firearm one to two weeks ago, and he did not know the serial number was defaced. In reference to the other firearm, **Perez-Hernandez** stated he had bought the gun approximately a month and a half ago, and was the told the gun was "clean." **Perez-Hernandez** admitted he was in the country illegally for twenty years, and didn't apply for citizenship because it was expensive.

**Adolfo Isabel Perez-Hernandez** is a citizen of Mexico who last entered the United States illegally by crossing the international border at an unknown date subsequent to March 29, 2007, at or near an unknown place, in an unknown manner, without first having obtained the consent of the Attorney General of the United States or the U.S. Secretary of Homeland Security, after deportation. Department of Homeland Security (DHS) records indicate that **Perez-Hernandez** last entered the United States on March 28, 2007 and was subsequently arrested by U.S. Border Patrol Agents for being illegally present in the United States.  Perez-Hernandez was issued an Expedited Removal and formally removed through the Nogales Port of Entry on March 29, 2007.

ATF gave a preliminary finding that the firearms traveled in or affected interstate commerce.

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>SEAN C DORSEY — Digitally signed by SEAN C DORSEY<br>Date: 2024.12.20 12:50:26 -07'00' |
|---|---|
| | OFFICIAL TITLE & NAME:<br>Border Patrol Intelligence Agent/FBI TFO Sean Dorsey |

Subscribed to and sworn before me telephonically.

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>December 20, 2024 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3 and 54

Reviewing AUSA Adam D. Rossi — Digitally signed by ADAM ROSSI Date: 2024.12.20 11:37:54 -07'00'

CC: USM, AUSA, PTS